UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
:
              -v-                                                        :     24 Cr. 264 (JPC)
:
IDIN DALPOUR,                                                            :     ORDER
:
                              Defendant.                                 :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court Reporters Office is respectfully directed to make the following redactions to the transcript of the May 1, 2024 conference before the Honorable Barbara C. Moses at Docket Number 17:

1. On page 18, line 15 should be redacted after "THE COURT:"

2. On page 18, line 18 should be redacted after "MS. BAHARANYI:"

3. On page 19, line 19 should be completely redacted.

SO ORDERED.

Dated: August 13, 2024
       New York, New York                          _____
                                                   JOHN P. CRONAN
                                                   United States District Judge