# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Jenny Kramer**　　　　　　　　　　Direct Dial: 212-210-9420　　　　　　　　Email: jenny.kramer@alston.com

November 15, 2024

**VIA ECF**

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

> The request is granted. Defendant Dalpour's bail conditions are modified to allow him to travel to Merion Station, Pennsylvania from November 19, 2024 to December 1, 2024, provided that he gives notice to Pretrial Services of his itinerary prior to that travel to Merion Station, Pennsylvania.
>
> SO ORDERED
> November 15, 2024
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re:　*United States v. Dalpour*, Case No. 1:24-cr-00264-JPC

Dear Judge Cronan,

　　We write on behalf of Idin Dalpour in the above-captioned matter to respectfully request that the Court enter an order modifying the conditions of Mr. Dalpour's pretrial release to allow for travel over the upcoming holiday. Mr. Dalpour would like to travel with his family to Pennsylvania for Thanksgiving. If permitted, he will be staying with his family in Merion Station, Pennsylvania from Tuesday, November 19 to Sunday, December 1 when they will return to their home in New York City.

　　Mr. Dalpour was released on May 1, 2024, on a $500,000 Personal Recognizance Bond, secured by property and co-signed by two financially responsible persons, with travel restricted to the Southern and Eastern districts of New York and supervision under Pre-Trial Services. His conditions were modified on May 2, 2024, to allow his temporary travel through the District of New Jersey for the purpose of visiting his family's rental home in Warwick, NY. On May 9, 2024, this Court granted Mr. Dalpour's request to modify his bail conditions to allow him to travel through New Jersey for any future trips to Warwick, New York, where his family was moving out of a rental home, and to travel to Fairfield, Connecticut from May 10 through May 13, 2024, provided that he gives notice to Pretrial Services of his itinerary prior to that travel to Fairfield, Connecticut.

　　We have met and conferred with the Government and Pretrial Services regarding these requests and they both consent to Mr. Dalpour's travel plans for the Thanksgiving holiday.

　　Thank you for your attention to this matter.

2

        Respectfully submitted,

        */s/ Jenny Kramer*
        Jenny Kramer
        ALSTON & BIRD LLP
        90 Park Avenue
        New York, NY 10016
        (212) 210-9420
        Jenny.Kramer@alston.com