# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Jenny Kramer**     Direct Dial: 212-210-9420     Email: jenny.kramer@alston.com

September 4, 2025

**VIA ECF**

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

  Re: *United States v. Dalpour*, Case No. 1:24-cr-00264-JPC

Dear Judge Cronan:

  We write on behalf of both parties in the above-captioned matter and pursuant to the Court's Individual Rule 1.E. to respectfully request an extension of the September 8, 2025, deadline to submit a joint letter proposing a schedule for the filing of pretrial motions as well as an adjournment of the status conference currently scheduled for September 29, 2025. This is the parties' seventh request for an extension of time to submit a joint letter proposing a schedule for the filing of pretrial motions and the status conference in this matter; the Court previously granted similar requests by the parties on July 12, 2024 (ECF No. 35.), September 10, 2024 (ECF No. 41), November 11, 2024 (ECF No. 44), January 17, 2025 (ECF No. 51), April 28, 2025 (ECF No. 55), and June 27, 2025 (ECF No. 59).

  Since the parties' last extension request, undersigned counsel has communicated further with the government regarding a potential disposition of this matter short of trial. The parties have scheduled a further meeting to discuss such a resolution on January 13, 2026, and because the parties' conversations are ongoing, they respectfully request this additional extension in order to allow those discussions to continue.

  For these reasons, the parties respectfully request (i) an adjournment – to February 13, 2026 – of the September 8, 2025 deadline to submit a joint letter proposing a schedule for the filing of pretrial motions in this matter, and (ii) a corresponding adjournment – to March 6, 2026 – of the status conference currently scheduled for September 29, 2025. The parties also agree to the exclusion of the time until the March 6, 2025, status conference under the Speedy Trial Act, as such an exclusion would serve the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A).

  The parties have met and conferred regarding this joint request.

September 4, 2025
Hon. John Cronan
Page 2

                                      Respectfully submitted,

                                        /s/ *Jenny Kramer*
                                      Jenny Kramer
                                      ALSTON & BIRD LLP
                                      90 Park Avenue
                                      New York, NY 10016
                                      (212) 210-9420
                                      Jenny.Kramer@alston.com

                                      *Attorney for Idin Dalpour*

CC via email:  Mathew Andrews (mathew.andrews@usdoj.gov)
                    Kingdar Prussien (kingdar.prussien@usdoj.gov)

The request is granted. The deadline to submit a joint letter proposing a schedule for the filing of pretrial motions is adjourned to February 13, 2026. The status conference currently scheduled for September 29, 2025 is adjourned to March 6. 2026 at 10:00 a.m. The Court will exclude time until March 6, 2026 under the Speedy Trial Act to allow the parties to continue discussions of a potential disposition of this matter short of trial. The Court finds that the ends of justice served by that exclusion outweigh the best interest of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Clerk of Court is respectfully directed to close Dkt. 62.

SO ORDERED
September 5, 2025

                                      JOHN P. CRONAN
                                      United States District Judge