# ALSTON & BIRD

90 Park Avenue
New York, NY  10016
212-210-9400 | Fax: 212-210-9444

**Jenny Kramer**                    **Direct Dial:  212-210-9420**                    **Email:  jenny.kramer@alston.com**

May 22, 2026

**VIA ECF**

The Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

   Re: *United States v. Dalpour*, Case No. 1:24-cr-00264-JPC

Dear Judge Cronan:

  We write on behalf of our client, Idin Dalpour, in the above-referenced matter, pursuant to the Court's Individual Rule 1.E. to respectfully request a 60-day extension of the June 15, 2026 pretrial motions deadlines.  The parties have met and conferred and the government has declined to join in this request, as it reportedly believes the parties "can reach agreement before any motions" or "do both things at the same time if necessary."  Although the parties previously requested extensions of the deadline to propose a pretrial briefing schedule,[1] this is Mr. Dalpour's first request for a modification of that schedule, and it is predicated on a good faith belief that a resolution of this matter short of a trial is imminent.  The parties have been steadily working towards a resolution and believe, at this juncture, that diverting time and attention from these important efforts to focus instead on preparing substantive pretrial motions which will likely be rendered moot should we reach agreement on the scope of a resolution would frustrate the process and result in the unnecessary expenditure of judicial resources.

  By way of background, in February 2026, the parties met to further discuss a potential resolution of this matter short of trial.  In the months following that meeting, the parties have steadfastly and meaningfully engaged in productive discussions which have narrowed the scope of the parties' disagreements such that there is increased confidence that a resolution might be reached in the near term.  Based on that hope, on February 13, 2026, the parties jointly submitted a proposed schedule which contemplated the filing of pretrial motions.  *See* ECF No. 68.

---

[1] The Court previously granted seven requests by the parties for an extension of time to submit a joint letter proposing a schedule for the filing of pretrial motions and the status conference in this matter.  *See* ECF Nos. 35, 41, 45, 51, 55, 59, 63.

May 22, 2026
Hon. John Cronan
Page 2

The parties' ongoing discussions have involved, in part, the provision of information responsive to several of the government's requests, which the government has reported it is still in the process of evaluating. Notably, the exchange of information pertains to certain key components of any potential resolution of this matter short of trial. We have inquired of the government as to the timing of when we can expect the evaluation and assessment to be complete in light of the impending deadlines but unfortunately have not received a response as of the time of this filing. We remain without guidance or clarity from the government on these questions, which is precisely why we are making this request of the Court.

Accordingly, in light of the confluence of an impending deadline for the filing of pretrial motions together with the advanced posture of negotiations, and the consideration of the unavoidable diversion of resources and attention the requirement to prepare and file pretrial motions will require, Mr. Dalpour respectfully requests a modest extension of time to allow for the focus to remain on achieving a resolution. For all of these reasons, including preserving judicial economy, we respectfully request a relatively brief – 60-day – postponement of the deadline, so that the parties can continue and conclude their negotiations, which will hopefully obviate the need for the filing of any pretrial motions in this matter.

We therefore respectfully request (i) an adjournment – to August 14, 2026 – of the June 15, 2026 deadline for Defendant's pretrial motions; (ii) a corresponding adjournment – to September 14, 2026 – of the government's opposition deadline; and (iii) an extension – to September 28, 2026 – of the deadline for Defendant's reply. As requested in the parties' February 13, 2026 joint letter, the parties request that the Court schedule a status conference after pretrial motions are fully briefed and enter an order excluding time until the to-be-scheduled status conference under the Speedy Trial Act, as such an exclusion would serve the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). Of course, the parties remain available should the Court wish to conduct a status conference before that time.

Should the parties agree on a resolution of this matter short of trial, they will promptly notify the Court thereof. Your Honor's courtesies and attention to this matter are greatly appreciated.

Defendant's deadline to submit pretrial motions is extended until August 14, 2026, the Government's deadline to submit an opposition to such motions is extended until September 14, 2026, and Defendant's deadline to submit a reply in support of the motions is extended until September 28, 2026. The status conference scheduled for August 12, 2026 is adjourned until October 13, 2026, at 10:00 a.m. The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007. The Court excludes time until October 13, 2026 under the Speedy Trial Act to allow the parties to continue discussions of a potential disposition of this matter. The Court finds that the ends of justice served by that exclusion outweigh the best interest of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Clerk of Court is respectfully directed to close Dkt. 70.

SO ORDERED
May 26, 2026

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

/s/ Jenny Kramer

Jenny Kramer
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9420
Jenny.Kramer@alston.com

*Attorney for Idin Dalpour*

May 22, 2026
Hon. John Cronan
Page 3


cc:     Kingdar Prussien
        Assistant United States Attorney
        Kingdar.Prussien@usdoj.gov