ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Jenny Kramer** **Direct Dial: 212-210-9420** **Email: jenny.kramer@alston.com**

August 6, 2026

**VIA ECF**

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

The conference scheduled for August 12, 2026, is adjourned until August 17, 2026, at 10:00 a.m. The conference will be held in Courtroom 12D of 500 Pearl Street, New York, New York.

SO ORDERED
August 11, 2026

JOHN P. CRONAN
United States District Judge

Re: *United States v. Dalpour*, Case No. 1:24-cr-00264-JPC

Dear Judge Cronan:

We currently represent Idin Dalpour, defendant in the above-captioned matter. On August 5, 2026, we filed a motion for an extension of time (ECF No. 72) and a motion to withdraw as counsel (ECF No. 73). The government filed a response. (ECF No. 74). In an order dated August 6, 2026, the Court scheduled a conference on the motion to withdraw on August 12, 2026, at 9:30 a.m. (ECF No. 75).

Due to preexisting work travel scheduled from August 12th through August 14th, the undersigned is unable to attend the conference on the motion to withdraw as currently scheduled. Mr. Dalpour and the undersigned are available in the coming weeks on August 11th, 17th, or 18th; however, counsel for the government has indicated they are only available on August 11th. Accordingly, we respectfully request that the Court adjourn the conference on the motion to withdraw to August 11th.

This is the first adjournment request related to the motion to withdraw. The government has consented to this request.

We appreciate Your Honor's continued attention to this matter and consideration of this request.

Respectfully submitted,

*/s/ Jenny Kramer*
Jenny Kramer

ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9420
Jenny.Kramer@alston.com

*Attorney for Idin Dalpour*

CC: Kingdar Prussien (kingdar.prussien@usdoj.gov)