ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Jenny Kramer** **Direct Dial: 212-210-9420** **Email: jenny.kramer@alston.com**

August 5, 2026

**VIA ECF**

The Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

The request to withdraw as counsel is granted. The Clerk of Court is respectfully directed to terminate Jenny Kramer of Alston & Bird LLP as counsel for Defendant in this case.

SO ORDERED
September 1, 2026

JOHN P. CRONAN
United States District Judge

Re: *United States v. Dalpour*, Case No. 1:24-cr-00264-JPC

Dear Judge Cronan:

Our firm represents Defendant Idin Dalpour in the above-referenced action. Pursuant to this Court's Individual Criminal Rule 4.C, we write to respectfully request that the undersigned and Alston & Bird LLP be permitted to withdraw as counsel for Mr. Dalpour.

A substantial breakdown in communication has arisen between Mr. Dalpour and counsel, which, along with Mr. Dalpour's non-payment of legal fees, has significantly impaired our ability to effectively represent Mr. Dalpour going forward. We have discussed our intention to withdraw with Mr. Dalpour, and he has indicated that he does not oppose and that he intends to seek substitute counsel. We understand that Mr. Dalpour is actively engaged in identifying substitute counsel.

No trial date has yet been set in this matter and the parties have made significant progress as indicated towards a potential resolution short of trial. A status conference is currently scheduled before Your Honor on October 13, 2026, at 10:00 a.m., and the current deadline for Mr. Dalpour to submit pretrial motions is August 14, 2026. A letter motion to extend the deadline to file pretrial motions will be filed contemporaneously with this letter.

Accordingly, we respectfully request that the Court permit the undersigned and Alston & Bird to withdraw as counsel for Mr. Dalpour and allow Mr. Dalpour to engage new counsel.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Jenny Kramer*

Jenny Kramer
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9420
Jenny.Kramer@alston.com

*Attorney for Idin Dalpour*

cc: Kingdar Prussien (kingdar.prussien@usdoj.gov)

Idin Dalpour (via UPS)