UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>IDIN DALPOUR,<br><br>Defendant. | Case No. 1:24-cr-00264 (JPC)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Brittain Shaw, for admission to practice Pro Hac Vice in the above captioned action is granted.

Brittain Shaw has declared that she is a member in good standing of the bars of the New York, the District of Columbia, and the Commonwealth of Virginia; and that her contact information is as follows:

THOMPSON HINE LLP
Brittain Shaw, Esq.
300 Madison Avenue, 27th Floor
New York, New York 10017-4611
T: (212) 908-3944F: (212) 344-6101
Brittain.Shaw@ThompsonHine.com

Brittain Shaw having requested Pro Hac Vice to appear for all purposes as counsel for Defendant, Idin Dalpour in the entitled action;

**IT IS HEREBY ORDERED** that Brittain Shaw is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 2, 2026

United States District / Magistrate Judge