UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

IDIN DALPOUR,

Defendant.

24 Cr. 264 (JPC)

PRETRIAL ORDER

JOHN P. CRONAN, United States District Judge:

Trial is scheduled to begin in this matter on July 5, 2027. The parties must familiarize themselves with Part 7 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500. Unless the Court orders otherwise, any exhibit lists, exhibits, and Section 3500 material shall be submitted to the Court electronically, and the parties shall not submit hard copies.

Defendant's pretrial motions, aside from motions *in limine* and motions to preclude expert testimony, are due February 1, 2027. The Government's opposition to those motions is due March 1, 2027. Defendant may file a reply in support of any motions by March 15, 2027.

The deadline for the Government's expert disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) is February 1, 2027. The deadline for Defendant's expert disclosures pursuant to Rule 16(b)(1)(C) is March 1, 2027. The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by April 23, 2027. By May 7, 2027, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any motions *in limine* and motions to preclude expert

testimony shall also be filed by May 7, 2027, with oppositions due May 21, 2027, and replies due May 28, 2027.

The parties shall appear for a final pretrial conference on June 28, 2027, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: October 28, 2026
New York, New York

JOHN P. CRONAN
United States District Judge